EDWARD MILLER, Respondent, *v.* STAR FIRE INSURANCE
COMPANY OF LOUISVILLE, KENTUCKY, Appellant.

*Miller* v. *Star Fire Ins. Co.*, 128 App. Div. 894, affirmed.
(Argued March 22, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 21, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court in an action to
recover upon a policy of fire insurance.

*William B. Ellison* and *Arnold L. Davis* for appellant.

*Melville J. France, Sydney H. Palmer* and *Elias Rosen-
thal* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

THE ARLINGTON COMPANY, Appellant, *v.* THE EMPIRE CITY
FIRE INSURANCE COMPANY, Respondent.

*Arlington Co.* v. *Empire City Fire Ins. Co.*, 131 App. Div. 898, reversed.
(Argued March 22, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
13, 1909, affirming a judgment in favor of defendant entered
upon a verdict directed by the court in an action to recover
upon a policy of fire insurance.

*George Richards* for appellant.

*William B. Ellison* and *Arnold L. Davis* for respondent.

Judgment reversed and new trial granted, costs to abide
event, on the authority of *Arlington Co.* v. *Colonial Assur-
ance Co.* (180 N. Y. 337); no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.